IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **DAN BLEVINS,** | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-02181-WEB-KMH |
| | ) | |
| v. | ) | Judge Brown |
| | ) | Magistrate Humphreys |
| **CAWLEY & BERGMANN, LLP. f/k/a,** | ) | |
| **BRONSON CAWLEY & BERGMANN, LLP.,** | ) | |
| **and BRONSON & MIGLIACCIO, LLP.,** | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION TO VOLUNTARILY DISMISS PURSUANT TO SETTLEMENT

NOW COMES the Plaintiff, DAN BLEVINS, by and through his attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and for his Motion to Voluntary Dismiss, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff hereby respectfully requests that this Honorable Court enter an order reflecting that the Plaintiff voluntarily dismisses his case pursuant to a settlement agreement reached by the parties.

2. The parties have reached a settlement accord and are in the process of resolving all remaining issues, such as the terms of the settlement agreement and the conditions for payment of the settlement proceeds.

3. In order to ensure that this Court retain jurisdiction to enforce the settlement agreement between the parties, should the need arise, Plaintiff requests that the dismissal order relative to the above captioned matter be *without* prejudice and without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of said order.

1

4. Plaintiff further requests that the dismissal order reflect that if this case has not been reinstated within forty-five (45) days from the date of entry of said order, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

5. Plaintiff further requests that the Telephonic Scheduling Conference set for August 25, 2011 be stricken.

                              Respectfully submitted,
                              **DAN BLEVINS**

                      By:     s/ D. Matthew Durgin
                            Attorney for Plaintiff

Dated: August 4, 2011

D. Matthew Durgin (Atty. No.: 21557)
LARRY P. SMITH & ASSOCIATES, LTD.
8508 W. 90th Terrace
Overland Park, KS 66212
Telephone:  (913) 908-2313
Facsimile:  (888) 418-1277
E-Mail:     mdurgin@smithlaw.us

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **DAN BLEVINS,** | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-02181-WEB-KMH |
| | ) | |
| v. | ) | Judge Brown |
| | ) | Magistrate Humphreys |
| **CAWLEY & BERGMANN, LLP. f/k/a,** | ) | |
| **BRONSON CAWLEY & BERGMANN, LLP.,** | ) | |
| **and BRONSON & MIGLIACCIO, LLP.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF SERVICE**

**To:**   Eldon L Boisseau
Law Offices of Eldon L. Boisseau, L.L.C.
River Park Place
727 N. Waco, Suite 265
Wichita KS 67203

I, D. Matthew Durgin, an attorney, certify that on **August 4, 2011**, I shall cause to be served a copy of **Plaintiff's Motion to Voluntarily Dismiss**, upon the above named individual(s) by: depositing same in the U.S. Mail box at 205 North Michigan Avenue, 40th Floor, Chicago, IL 60601, prior to 5:00 p.m., postage prepaid; messenger delivery; Federal Express; facsimile transmitted from (888) 418-1277; email; and/or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

| | | | |
|---|---|---|---|
| \_\_\_\_ | U.S. Mail | \_\_\_\_ | Facsimile |
| \_\_\_\_ | Messenger Delivery | \_\_\_\_ | Email |
| \_\_\_\_ | Federal Express/UPS | _X_ | ECF |

By:   s/ D. Matthew Durgin
        Attorney for Plaintiff

Dated: August 4, 2011

D. Matthew Durgin (Atty. No.: 21557)
LARRY P. SMITH & ASSOCIATES, LTD.
8508 W. 90th Terrace
Overland Park, KS 66212
Telephone:   (913) 908-2313
Facsimile:     (888) 418-1277
E-Mail:          mdurgin@smithlaw.us

3