## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **DAN BLEVINS,** | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-02181-WEB |
| | ) | |
| v. | ) | |
| | ) | |
| **CAWLEY & BERGMANN, LLP. f/k/a,** | ) | |
| **BRONSON CAWLEY & BERGMANN, LLP.,** | ) | |
| **and BRONSON & MIGLIACCIO, LLP.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER OF DISMISSAL PURSUANT TO SETTLEMENT

Pursuant to settlement, this case is dismissed *without* prejudice, without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this order. If this case has not been reinstated within forty-five (45) days from the date of entry of this order, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

The Telephonic Scheduling Conference set for August 25, 2011 is stricken.


s/ Wesely E. Brown
Hon. Wesley E. Brown
United States District Judge


Dated:  August 8, 2011

1